# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0138.  DEBBIE L. OWENS v. PAWS HUMANE SOCIETY.**

On September 30, 2022, Debbie L. Owens filed documents in the Supreme Court of Georgia that the Supreme Court docketed as an application for discretionary appeal. Upon ascertaining no basis for its jurisdiction, the Supreme Court transferred the matter to this Court.[1] See Case No. S23D0215 (Oct. 25, 2022).

Under Court of Appeals Rule 31 (c), an order must be included with a discretionary application. However, Owens's initial filing included no order. This Court thus directed Owens to supplement her application with a stamped "filed" copy of the order she sought to appeal. Owens then submitted an order from the Municipal Court of Muscogee County dated July 19, 2022.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57)

---

[1] See Ga. Const. of 1983, Art. VI, Sec. 1, Par. VIII ("Any court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere.").

(1989). Here, Owens did not file her application in the Supreme Court until September 30, 2022, 73 days after July 19. Accordingly, Owens's application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/05/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*